## COURT OF APPEALS.

BROWN, Appellant, agt. BROWN AND OTHERS, Respondents.

This court has no jurisdiction of a suit commenced before a justice of the peace and discontinued by reason of title interposed; and a suit for the same cause of action commenced in the (late) Common Pleas, or (now) Supreme Court, and appealed to this court.

*December Term*, 1851. This was an action of trespass originating in a Justice's Court. The defendants interposed a plea of title, to the land in question; thereupon the action was discontinued, and a suit for the same cause of action commenced in the old Court of Common Pleas; and by operation of law was transferred to and vested in the present Supreme Court, and was there finally decided in favor of the defendants. The plaintiff appealed to this court.

The cause was on the calendar at the last September term (1851), and brought on to argument.

HORATIO BALLARD, counsel for respondents, raised and argued a preliminary objection to the. jurisdiction of the court, on the ground that the action was, in fact, *a mere continuation* of the suit before the justice; that *the pleadings*, and many other things as they occurred before the justice, governed the suit throughout.

GEORGE F. COMSTOCK, *Contra*.

The court took the case (after argument of this question) and held it under advisement until December term, when they dismissed the appeal with costs on the question of jurisdiction (*Code*, § 11, *sub*. 2).